```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DANIEL J. LAWSON                   :         CIVIL ACTION

      v.                        :

ENTERPRISE CAR SALES         :         NO. 02-4036

<u>ORDER</u>

AND NOW, this      day of August, 2002, it is hereby ORDERED that the motion of defendant to dismiss plaintiff's complaint pursuant to Rules 12(b)(6), 12(b)(7), and 19 of the Federal Rules of Civil Procedure is DENIED.

                                   BY THE COURT:

                                   _____
                                                            J.