IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL J. LAWSON
385 SALINA ROAD
PHILADELPHIA, PENNSYLVANIA 19154

v.                                                                    CIVIL ACTION

                                                                      No. 02-CV-4036

ENTERPRISE CAR SALES
501 SOUTH GOVENOR PRINTZ BLVD
LESTER, PENNSYLVANIA 19029

### SELF-EXECUTING DISCLOSURE STATEMENT

A. THE NAME AND LAST KNOWN ADDRESS OF EACH PERSON REASONABLE TO HAVE INFORMATION THAT BEARS SIGNIFICANTLY ON THE CLASS DEFENSE(S), IDENTIFYING THE SUBJECTS OF THE INFORMATION;

1. Mr. Daniel Lawson, 385 Salina Road, Philadelphia, Pennsylvania 19154.

2. Richard C Morse, US Department of Transportation, 400 Seventh Street, SW, Washington, DC 20169.

3. Sales and service personnel now or previously in the employ of Enterprise Car Sales, Inc, including those individuals identified in defendant's self-executing disclosure statement.

4. Sales and service personnel now or previously in the employ of Northeast Auto Outlet, including those individuals identified in Defendant's self-executing disclosure statement.

5. Sales and service personnel now or previously in the employ of Steve's Complete Car Care, including those individuals identified in Defendant's self-executing disclosure statement.

B. A GENERAL DESCRIPTION, INCLUDING LOCATION, OF ALL DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY, OR CONTROL OF THAT PARTY THAT ARE LIKELY TO BEAR SIGNIFICANTLY ON THE CLAIMS AND DEFENSES;

   1. All non-privileged documents in Plaintiff's possession and/or known to Plaintiff, are attached hereto and listed. As additional documents are discovered and/or generated, they will be forwarded to Defendant immediately.

C. THE EXISTENCE AND CONTENTS OF ANY INSURANCE AGREEMENT UNDER WHICH ANY PERSON OR ENTITY CARRYING ON AN INSURANCE BUSINESS MAY LIABLE TO SATISFY PART OR ALL OF THE JUDGMENT THAT MAY BE ENTERED IN THE ACTION, OR INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT, MAKING AVAILABLE SUCH AGREEMENT FOR INSPECTION AND COPYING UNDER LOCAL CIVIL RULE 24;

   N/A

                                    BY: _____
                                    CRAIG THOR KIMMEL, Esquire
                                    KIMMEL & SILVERMAN
                                    30 East Butler Pike
                                    Ambler, Pennsylvania 19002
                                    (215) 540-8888