**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANNA RICHARDSON | : | |
| V. | : | |
| BRANDOW GROUP | : | No. 02-CV-747 |
| V. | : | |
| MANHEIM AUTO AUCTION | : | |
| AND | : | |
| BIG INTERNATIONAL, INC. | : | |
| AND | : | |
| B&S AUTO SALES | : | |

**ANSWERS OF PLAINTIFF TO AFFIRMATIVE DEFENSES OF**
**THIRD PARTY DEFENDANT, MANHEIM**

**FIRST AFFIRMATIVE DEFENSE**

Denied to the extent Plaintiff must plead to this Affirmative Defense.

**SECOND AFFIRMATIVE DEFENSE**

Denied to the extent Plaintiff must plead to this Affirmative Defense.

**THIRD AFFIRMATIVE DEFENSE**

Denied to the extent Plaintiff must plead to this Affirmative Defense.

## FOURTH AFFIRMATIVE DEFENSE

Denied to the extent Plaintiff must plead to this Affirmative Defense.

## FIFTH AFFIRMATIVE DEFENSE

Denied to the extent Plaintiff must plead to this Affirmative Defense.

## SIXTH AFFIRMATIVE DEFENSE

Denied to the extent Plaintiff must plead to this Affirmative Defense.

**KIMMEL & SILVERMAN, P.C.**

_____
Craig Thor Kimmel, Esquire
Attorney ID: 57100

30 East Butler Pike
Ambler, PA 19002

(215) 540 8888
(215) 540 8817 fax

ATTORNEYS FOR PLAINTIFF

09-30-02

Patricia:

This needs a verification, Certificate of Service and cover letter. Then print out for my signature, please.
Thanks!

CTK